# United States District Court
## Violation Notice

**CVB Location Code:** CC74

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| F09L002T | Giambrone | 2534 |

F09L002T

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 09/21/2024 18:34
**Offense Charged:** FED 36 CFR 261.58M

**Place of Offense:** 5S07 Closed Area

**Offense Description: Factual Basis for Charge**
36 CFR 261.58M - FIREARM DISCHARGE

HAZMAT ☐

### DEFENDANT INFORMATION

**Phone:**

**Last Name:** Vazquez
**First Name:** Jimmie
**M.I.:**

**Street Address:**

**City:** | **State:** | **Zip Code:** | **Date of Birth (mm/dd/yyyy):**

**Drivers License No.:** | **CDL:** ☐ | **D.L. State:** | **Social Security No.:**

Adult ☐ Juvenile ☐ Sex M ☐ F ☐ Race | Hair | Eyes | Height | Weight

### VEHICLE
**VIN:**  CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 47780Z3 | CA | | TOYT/TACOMA | ☐ | WHI |

**A** [X] IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

**B** ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

Forfeiture Amount
$ 30.00  Processing Fee
PAY THIS AMOUNT  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 3470 Twelfth Street, Riverside, California 92501

**Date (mm/dd/yyyy):**
**Time (hh:mm):** 09:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

F09L002T

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on    09/21/2024    while exercising my duties as a law enforcement officer in the    Central    District of    CA

Pursuant to 16USC 551: I, United States Department of Agriculture Forest Service, Law Enforcement Officer V. GIAMBRONE, state on 09/21/2024, at approximately 1612 hours, while exercising my duties as a Uniformed Law Enforcement Officer (LEO), in the Central District of California and within the boundaries of San Bernardino National Forest (BDF): I observed the BDF Order NO. 05-12-00-24-06 posted at the beginning of 5S07 along with two separate large yellow signs that read: Target Shooting Prohibited Title 36 CFR 261.58(m). The signs also have a figure of a person shooting with a line through it to indicate no shooting. The order is currently posted at the forest supervisor's office, district office, and posted at the information boards located on 5S07.

Contact was made with MATTHEW COVEY (Reference IR: 9233006), who stated that he spoke to some one in the closed area (5S07), and they had knowledge that other people had been given a Violation Notice (VN) for target shooting (36 CFR 261.58(m) Recreation Target Shooting Prohibited). These individuals were still in the closed area.

Locating the subjects shooting in violation of 36 CFR 261.58(m), I exited my vehicle and approached them on foot. I saw JIMMIE VAZQUEZ (later identified by his California Driver license) shooting a firearm (later identified as a SMITH & WESSON, M&P 15-22, serial: LAH3944). One of the males yelled to VAZQUEZ and he turned toward me with the rifle in his hand muzzle down. I removed my service pistol from the holster and brought it to my chest with the muzzle pointed down (sule position), I announced, "Put it down". All subjects complied and I holstered my service pistol.

VAZQUEZ confirmed his route as entering the area from HWY 74 onto USFS 5S07. The group would have had to drive past the posted signs indicating that the road was closed, and the area was closed to recreational shooting. VAZQUEZ operation of the vehicle on this section of road violated 36 C.F.R. § 261.54(a).

VAZQUEZ denied talking to other individuals in the area while JAMES MILBAUER nodded

The foregoing statement is based upon:

MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:    09/21/2024              *[signature]*
                Date (mm/dd/yyyy)        Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:    _____
                Date (mm/dd/yyyy)        U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;    PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license;    CMV = Commercial vehicle involved in incident